UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL ACTION

ZELBONY O. TAYLOR                               NUMBER 07-109-RET-SCR


CERTIFICATE OF APPEALABILITY

A Notice of Appeal having been filed in the above captioned case in which detention complained of arises out of process issued by a State court, or the final order in a proceeding under § 2255, the court having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), Federal Rules of Appellate Procedure, hereby finds that:

> petitioner's motion for certificate of appealability is **DENIED** without prejudice as premature, no ruling on his § 2555 motion having been issued.

Baton Rouge, Louisiana, March __16__, 2011.

```
                                    _____
                                    RALPH E. TYSON
                                    UNITED STATES DISTRICT JUDGE
```